HELEN CAPASSO, as Administratrix of the Estate of ALLESSANDRINA RUZZO, Deceased, et al., Respondents-Appellants, v. KINGSTON TRUST COMPANY, as Executor of George F. Kaufman, Deceased, Appellant-Respondent.—

Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.